UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO. 6:97-cr-076-Orl-19JGG

MOSES BROWN MAKIA,

    Defendant.
_____

**ORDER**

This case is before the Court on the limited remand of the Eleventh Circuit Court of Appeals for a determination as to whether Defendant's failure to timely file a notice of appeal was due to either excusable neglect or for good cause. *See* Doc. No. 163.

On July 1, 2005, this Court entered an Order (Doc. No. 164) directing Defendant to file a response setting forth either excusable neglect or good cause for his failure to timely file his notice of appeal. Defendant was advised that the failure to do so would result in a finding that his appeal was not timely. The time for filing has passed, and Defendant has not filed any response to the July 1, 2005, Order.

Accordingly, this Court finds that Defendant has failed to demonstrate excusable neglect or good cause for his failure to timely file his notice of appeal.

The Clerk shall provide this Order to the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** at Orlando, Florida this __24th__ day of August, 2005.

*/s/ Patricia C. Fawsett*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 8/24
Eleventh Circuit Court of Appeals
Moses Brown Makia
Counsel of Record